UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-CR-00117-MOC-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **JORGE VEGA-GUTIERREZ,** | ) ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss Indictment. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Indictment as to Defendant Jorge Vega-Gutierrez (#25) is **GRANTED**, and the Indictment as to this defendant is **DISMISSED** without prejudice.

Signed: January 14, 2019

Max O. Cogburn Jr.
United States District Judge

1